■ In the Matter of the Arbitration between ALLCITY INSURANCE COMPANY, Respondent, and SERGIO JIMENEZ, Appellant. STATE FARM MUTUAL AUTOMOBILE INS. Co. et al., Respondents.—Order of the Supreme Court, New York County (Myriam J. Altman, J.), entered on or about March 22, 1990, granting petitioner insurer's petition to permanently stay arbitration, unanimously affirmed, without costs.

Respondent's failure to file a sworn statement as to a hit-and-run accident under the uninsured motorist endorsement of his insurance policy within 90 days of the happening of the accident vitiates coverage. *(Eveready Ins. Co. v Saunders,* 149 AD2d 456.) It would be contrary to law for us to ignore and render ineffective these clear and unambiguous notice requirements by adopting respondent's claim that counsel's unsworn letter constituted sufficient notice. *(See Acorn Ponds v Hartford Ins. Co.,* 105 AD2d 723, 724.) Concur—Rosenberger, J. P., Wallach, Asch, Kassal and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAIN ARCE, Appellant.—Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered March 2, 1987, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him to an indeterminate term of imprisonment of 1 to 3 years, unanimously affirmed.

Defendant's identification was established beyond a reasonable doubt. When viewing the evidence in the light most favorable to the People *(People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932), there is no basis to disturb the jury's resolution of the identification question. The identification testimony of the officer who watched defendant sell two glassine envelopes of cocaine was not impeached to any significant degree. *(People v Livingston,* 161 AD2d 804, *lv denied* 76 NY2d 860.) Significantly, both the officer who watched the transaction through binoculars and the arresting officer were acquainted with defendant, who was known to them as "Special's friend". Concur—Rosenberger, J. P., Wallach, Asch, Kassal and Smith, JJ.